ANNA K. STIMMEL (State Bar No. 322916)
KATRINA A. TOMAS (State Bar No. 329803)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, California  94111
Telephone:    (415) 217-2000
Facsimile:    (415) 217-2040
astimmel@earthjustice.org
ktomas@earthjustice.org

Attorneys for Plaintiffs
PACIFIC COAST FEDERATION OF
FISHERMEN'S ASSOCIATIONS and
INSTITUTE FOR FISHERIES RESOURCES

KEVIN P. BUNDY (State Bar No. 231686)
MATTHEW S. McKERLEY (State Bar No. 332160)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California  94102
Telephone:    (415) 552-7272
Facsimile:    (415) 552-5816
bundy@smwlaw.com
mmckerley@smwlaw.com

Attorneys for Plaintiffs
FRIENDS OF THE EEL RIVER, CALIFORNIA
TROUT and TROUT UNLIMITED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FRIENDS OF THE EEL RIVER; PACIFIC COAST FISHERMEN'S ASSOCIATIONS; INSTITUTE FOR FISHERIES RESOURCES; CALIFORNIA TROUT; and TROUT UNLIMITED,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　　Defendant. | Case No. 3:23-cv-02379-JD<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Fed. R. Civ. Proc. 26<br><br>Assigned for all purposes to the Hon. James Donato<br><br>Case Filed:    May 16, 2023<br><br>Case Management Conference Date: September 28, 2023 at 10:00 a.m.<br><br>Trial Date:    None set |

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiffs Friends of the Eel River, Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, California Trout, and Trout Unlimited (Plaintiffs) and Defendant Pacific Gas and Electric Company (Defendant) (collectively, the parties), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a complaint in this action on May 16, 2023 (Dkt. No. 1);

WHEREAS, by Order dated June 1, 2023 (Dkt. No. 12), this matter was reassigned to Judge Donato following the filing of a declination to proceed before a US Magistrate Judge by the Plaintiffs;

WHEREAS, by Order dated June 8, 2023 (Dkt. No. 14), the Court scheduled a Case Management Conference for August 24, 2023 at 10:00 A.M., in Courtroom 11, 19th Floor, United States Court House, 450 Golden Gate Avenue, San Francisco, CA 94102;

WHEREAS, by Order dated July 27, 2023 (Dkt. No. 26), the Court approved the parties' stipulation (Dkt. No. 16), continued the Case Management Conference to September 28, 2023, at 10:00 A.M., extended the deadline for Defendant to file a responsive pleading to September 8, 2023, and approved a briefing schedule for any Rule 12(b) motion that may be filed by Defendant;

WHEREAS, counsel for the parties to this action have continued to meet and confer in a good-faith effort to reach agreement on mutually convenient deadlines and other procedural matters without occasioning undue delay;

WHEREAS, the parties met and conferred on August 24, 2023, at which meeting Defendant stated that it would be filing a Rule 12(b) motion to dismiss this action in accordance with the deadlines and schedule set forth in this Court's July 27, 2023 Order (Dkt. No. 26);

WHEREAS, if the initial case management conference is held on September 28, 2023, the parties must hold an initial discovery conference pursuant to Federal Rule of Civil Procedure 26(f) no later than September 7, 2023; initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) would be due within 14 days of the parties' Rule 26(f) conference, i.e., on

1  September 21, 2023; and the parties' Joint Case Management Statement and discovery plan

2  would be due on September 21, 2023;

3    WHEREAS, pursuant to Federal Rule of Civil Procedure 16(b)(2) and (4), Civil Local

4  Rule 16-2(e), and this Court's standing orders, the Court may approve a stipulation to continue

5  an initial case management conference for good cause;

6    WHEREAS, good cause exists to continue the initial case management conference until

7  after the Court has ruled on Defendant's Rule 12(b) motion to dismiss. Resolution of

8  Defendant's dispositive motion will likely inform the need for and scope of the parties' Rule

9  26(f) conference, initial disclosures, and the contents of the Joint Case Management Statement

10 and discovery plan. Continuing the initial case management conference will also permit the

11 parties to avoid potentially unnecessary time and expense associated with preparing for and

12 holding the Rule 26(f) conference, developing a discovery plan, and preparing a joint case

13 management statement before Defendant's Rule 12(b) motion to dismiss can be heard and

14 decided;

15   WHEREAS, the parties wish to continue the initial case management conference and all

16 related deadlines until 45 days after Defendant has filed an answer to the complaint following an

17 order from this Court resolving Defendant's Rule 12(b) motion to dismiss, or until a date

18 convenient for the Court;

19   WHEREAS, the parties are not seeking any modification to the briefing schedule for

20 Defendant's Rule 12(b) motion to dismiss established in this Court's July 27, 2023 Order (Dkt.

21 No. 26);

22   WHEREAS, the parties aver in accordance with Civil Local Rule 6-2(a)(3) that a second

23 continuance of the initial case management conference will affect the overall schedule of this

24 case, insofar as all further proceedings will be delayed until the Court rules on Defendant's Rule

25 12(b) motion to dismiss and a trial date would not be set until after Defendant's motion is heard

26 and decided.

27

28

1    NOW THEREFORE, and subject to the approval of the Court as provided below, the

2 parties to this action, by and through their respective counsel of record, hereby stipulate to the

3 following:

4    1.    The Court continues the initial case management conference to the next available

5 hearing date that is at least 45 days after Defendant files an answer to the complaint following

6 an order from this Court resolving Defendant's Rule 12(b) motion to dismiss, or until a date

7 convenient for the Court.

8    2.    The Court continues all deadlines based on the initial case management

9 conference date accordingly.

10    Respectfully submitted,

11 DATED:  September 5, 2023        EARTHJUSTICE

12

13

14                    By:      /s/ Anna K. Stimmel
                         ANNA K. STIMMEL
15                         KATRINA A. TOMAS

16                         Attorneys for Plaintiffs
17                         PACIFIC COAST FEDERATION OF
                         FISHERMEN'S ASSOCIATIONS and
18                         INSTITUTE FOR FISHERIES RESOURCES

19

20 DATED:  September 5, 2023        SHUTE, MIHALY & WEINBERGER LLP

21

22

23                    By:      /s/ Kevin P. Bundy
                         KEVIN P. BUNDY
24                         MATTHEW S. McKERLEY

25                         Attorneys for Plaintiffs
26                         FRIENDS OF THE EEL RIVER, CALIFORNIA
                         TROUT and TROUT UNLIMITED
27

28

                                     4

1

DATED: September 5, 2023                HOGAN LOVELLS US LLP

2

3

                                        By:    _____/s/ J. Tom Boer_____

4                                               J. TOM BOER

5                                               OLIVIA MOLODANOF

                                                Attorneys for Defendant
6                                               PACIFIC GAS AND ELECTRIC COMPANY

7

8                                   **ATTESTATION**
                                   **(Civ. L.R. 5-1(h)(3))**
9

10        I hereby attest that each signatory indicated by a conformed signature (/s/) within this e-

11   filed document has concurred in the filing of this document. I further attest that I have, and will

12   maintain, records to support this concurrence in accordance with Civil Local Rule 5-1(i)(3).

13

14   DATED: September 5, 2023                SHUTE, MIHALY & WEINBERGER LLP

15

16

                                        By:    _____/s/ Kevin P. Bundy_____
17                                              KEVIN P. BUNDY

18                                              MATTHEW S. McKERLEY

19                                              Attorneys for Plaintiffs
                                                FRIENDS OF THE EEL RIVER, CALIFORNIA
20                                              TROUT, and TROUT UNLIMITED

21

22

23

24

25

26

27

28

Stipulation to Continue Initial Case Management Conference and Related Deadlines
Case No. 3:23-cv-02379-JD

PURSUANT TO STIPULATION, IT IS ORDERED THAT:

      1.    The Court continues the initial case management conference to the next available hearing date that is at least 45 days after Defendant files an answer to the complaint following an order from this Court resolving Defendant's Rule 12(b) motion to dismiss, or until _____.

      2.    The Court continues all deadlines based on the initial case management conference date accordingly.

DATED: _____, 2023

_____
HON. JAMES DONATO
United States District Judge

1684675.3