**HOGAN LOVELLS US LLP**
J. Tom Boer (State Bar No. 199563)
tom.boer@hoganlovells.com
Olivia Molodanof (State Bar No. 328554)
olivia.molodanof@hoganlovells.com
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

*Attorneys for Defendant*
PACIFIC GAS AND ELECTRIC COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FRIENDS OF THE EEL RIVER; PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS; INSTITUTE FOR FISHERIES RESOURCES; CALIFORNIA TROUT; AND TROUT UNLIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | CASE NO.: 3:23-CV-02379-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING RESOLUTION OF PLAINTIFFS' PETITIONS IN THE NINTH CIRCUIT**<br><br>Assigned for all purposes to the Hon. James Donato<br><br>Case Filed: May 16, 2023<br><br>Trial Date: None Set |

1   Plaintiffs Friends of the Eel River, Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, California Trout, and Trout Unlimited ("Plaintiffs") and Defendant Pacific Gas and Electric Company ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a complaint in this action on May 16, 2023 (ECF No. 1);

WHEREAS, by Order dated June 1, 2023 (ECF No. 12), this matter was reassigned to Judge Donato following the filing of a declination to proceed before a U.S. Magistrate Judge by the Plaintiffs;

WHEREAS, on August 18, 2023, Plaintiffs filed a Notice of Pendency of Other Action or Proceeding identifying two consolidated petitions for review filed by Plaintiffs in the U.S. Court of Appeals for the Ninth Circuit pursuant to 16 U.S.C. § 825*l*(b) challenging the Federal Regulatory Energy Commission's issuance of an annual license to Defendant for continued operation of the Potter Valley Project: *Friends of the Eel River, Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, California Trout, and Trout Unlimited v. Federal Energy Regulatory Commission* (9th Cir. Case No. 22-70182 (consolidated with case no. 22-1589)) ("Plaintiffs' Petitions") (ECF No. 27);

WHEREAS, Defendant timely filed a Rule 12(b) Motion to Dismiss this action, along with a request for judicial notice, on September 8, 2023, with a hearing date set for November 9, 2023 (ECF Nos. 30, 31).  Defendant's Rule 12(b) Motion moves to dismiss the entire action on the basis that the Court lacks subject matter jurisdiction and Plaintiffs have failed to state a claim upon which relief can be granted.  Plaintiffs opposed the Motion to Dismiss.  Briefing on the Motion was completed with the filing of Defendant's reply brief on October 20, 2023 (ECF No. 37);

WHEREAS, pursuant to the Court's September 8, 2023 order (ECF No. 29), the initial Case Management Conference was held on October 5, 2023.  At the Conference, the Court questioned why the matter should not be stayed, as a matter of judicial economy and to avoid conflicting outcomes, until the Ninth Circuit reaches a decision on Plaintiffs' Petitions.  As a result, the Court directed the Parties to file, by November 1, 2023, simultaneous statements of no more than 10 pages each addressing whether the case should be stayed pending resolution of Plaintiffs' Petitions in the

1

Joint Stipulation and [Proposed] Order to Stay Case Pending Resolution of Plaintiffs' Petitions In the Ninth Circuit
Case No.: 3:23-CV-02379-JD

1 Ninth Circuit, and to provide the Court with the one best document identifying the issues in the
2 circuit cases. At the conclusion of the Conference, the Court stayed the case in all respects except
3 with respect to (i) its direction to file briefs on a potential stay and (ii) the briefing deadlines for
4 Defendant's Motion to Dismiss, pending further order (ECF No. 34); and

5       WHEREAS, since the October 5 Conference, the Parties have met and conferred and agree
6 that staying this action in its entirety pending resolution of Plaintiffs' Petitions in the Ninth Circuit is
7 in the interest of conserving judicial resources, avoiding the time and expense of briefing the stay
8 issue for the Court, and continuing good-faith settlement negotiations.

9       **IT IS HEREBY STIPULATED AND AGREED, AND RESPECTFULLY**
10 **REQUESTED AS FOLLOWS:**

11     1. The case shall be stayed in its entirety pending resolution of Plaintiffs' Petitions, Case
12        Nos. 22-70182 and 22-1589, in the Ninth Circuit Court of Appeals;

13     2. During the pendency of the stay, the Parties may continue settlement discussions and, in
14        the event a settlement is reached, shall notify the Court;

15     3. As a result of this stipulation, the Parties need not file simultaneous briefs or a document
16        identifying the issues in the Ninth Circuit cases by November 1 as otherwise specified in
17        the Court's October 5, 2023 Minute Order; and

18     4. The hearing on Defendant's Motion to Dismiss set for November 9, 2023 shall be taken
19        off calendar.

20 **IT IS SO STIPULATED.**

21                     Respectfully submitted,

22 DATED: October 31, 2023        **HOGAN LOVELLS US LLP**

23                  By:   */s/ J. Tom Boer*
24                      J. Tom Boer
                        Olivia Molodanof

25
26                  *Attorneys for Defendant*
                 *Pacific Gas and Electric Company*

27
28

2

Joint Stipulation and [Proposed] Order to Stay Case Pending Resolution of Plaintiffs' Petitions In the Ninth Circuit
Case No.: 3:23-CV-02379-JD

| | | |
|---|---|---|
| 1 | DATED: October 31, 2023 | **EARTHJUSTICE** |
| 2 | | By:    /s/ Katrina A. Tomas |
| 3 | |         Anna K. Stimmel<br>        Katrina A. Tomas |

*Attorneys for Plaintiffs*
*Pacific Coast Federation of Fishermen's Associations and Institute for Fisheries Resources*

DATED: October 31, 2023      **SHUTE, MIHALY & WEINBERGER LLP**

By:    /s/ Kevin P. Bundy
       Kevin P. Bundy
       Matthew S. McKerley

*Attorneys for Plaintiffs*
*Friends of the Eel River, California Trout and Trout Unlimited*

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4 | Dated: _____, 2023

By: _____
Honorable Judge James Donato
United States District Judge

**ATTESTATION**
**(Civ. L.R. 5-1(i)(3))**

I hereby attest that each signatory indicated by a conformed signature (/s/) within this e-filed document has concurred in the filing of this document. I further attest that I have, and will maintain, records to support this concurrence in accordance with Civil Local Rule 5-1(i)(3).

Respectfully submitted,

DATED: October 31, 2023

**HOGAN LOVELLS US LLP**

By:  */s/ J. Tom Boer*
     J. Tom Boer
     Olivia Molodanof

*Attorneys for Defendant*
*Pacific Gas and Electric Company*

5

Joint Stipulation and [Proposed] Order to Stay Case Pending Resolution of Plaintiffs' Petitions In the Ninth Circuit
Case No.: 3:23-CV-02379-JD